# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Curtis Arnold,** ) | | JUDGMENT IN CASE |
| ) | | |
| Petitioner(s), ) | | 3:22-cv-00436-RJC |
| ) | | 3:05-cr-00046-RJC-DSC |
| vs. ) | | |
| ) | | |
| **USA,** ) | | |
| Respondent(s). ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 21, 2022 Order.

September 21, 2022

Frank G. Johns, Clerk
United States District Court